UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODERICK LYNN WADE, | No. CV 18-2579 JAK (FFM) |
|     Petitioner, | JUDGMENT |
| v. | |
| W.J. SULLIVAN, Warden, | |
|     Respondent. | |

**IT IS ADJUDGED** that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: April 16, 2018

                                        _____
                                        JOHN A. KRONSTADT
                                       United States District Judge